EDWARD H. KUBO, JR. #2499
United States Attorney
District of Hawaii

FLORENCE T. NAKAKUNI #2286
Chief, Narcotics Section

KENNETH M. SORENSON
Assistant U.S. Attorneys
Room 6-100 PJKK, Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii   96850
Telephone:  (808) 541-2850
Facsimile:  (808) 541-2958
Ken.Sorenson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 23 2003

at __ o'clock and __ min. __ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO. CR03-00595 HG |
| Plaintiff, | |
| vs. | INDICTMENT<br>[21 U.S.C. §§ 841(a)(1);<br>841(b)(1)(A)] |
| ANDREW LONONUIAKEA SILVA,<br>a/k/a: "Lono," | |
| Defendant. | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about November 21, 2003, in the District of Hawaii, ANDREW LONONUIAKEA SILVA, a/k/a: "Lono," the defendant, did knowingly and intentionally distribute 50 grams or more of

methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

COUNT 2

The Grand Jury further charges:

On or about November 24, 2003, in the District of Hawaii, ANDREW LONONUIAKEA SILVA, a/k/a: "Lono", the defendant, did knowingly and intentionally possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

DATED: December 23, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
FLORENCE T. NAKAKUNI
Assistant U.S. Attorney
Chief, Narcotics Section

_____
KENNETH M. SORENSON
Assistant U.S. Attorney

2